IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

CYNTHIA ZOE SMITH,                    )
                                      )
            Plaintiff,                )
                                      )
      v.                              )   Case No.: 06-4237-CV-C-NKL
                                      )
GEORGE MARTIN ALBRIGHT, JR.,          )
PRO LOGISTICS, INC. et al.,           )
                                      )
            Defendants.               )

**ORDER**

Pending before the Court is Defendants George Martin Albright, Trucker's Plus

HR, Inc., Resolve Staffing, Inc., Logistics Services, Inc., GLS Leasco Corporation,

Logistics Insight Corporation and Pro Logistics, Inc.'s (collectively, "Defendants")

Motion to Consolidate [Doc. # 20].  The Motion is GRANTED.  This case is consolidated

with *James Garrett, Jason Garrett, Kimberly Jackson, Antoinette Ford, Ebonye N. Ford*

*and Robert Ford v. Albright, et al.*, Case No. 06-4137-CV-C-NKL.

      IT IS SO ORDERED.


                                    s/ Nanette K. Laughrey
                                    NANETTE K. LAUGHREY
                                    United States District Judge

Dated:  December 27, 2006
Jefferson City, Missouri


1